
# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**KAVIN THADANI**
*Senior Counsel*
phone: (212) 356-2351
fax: (212) 356-3509
email: kthadani@law.nyc.gov

January 24, 2017

**BY ECF**

Honorable Carol Bagley Amon
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: <u>Morales, et al. v. City of New York, et al.</u>, No. 1:15-cv-06125-CBA-LB

Your Honors:

    I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter.

    Defendants respectfully write to advise the Court that the parties have, in principle, reached an agreement to settle this action. Accordingly, we anticipate filing a Stipulation and Order of Dismissal in relatively short order. In light of this settlement, the parties respectfully request that all upcoming conferences and deadlines be adjourned *sine die*.

    Thank you for your attention to this matter

        Respectfully,

        /s/ Kavin Thadani

        Kavin Thadani
        Senior Counsel
        Special Federal Litigation Division

cc: **BY ECF**
Amy Rameau, Esq.
Afsaan Saleem, Esq.
*Attorney for Plaintiffs*