FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 15 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

JAVIER MORALES, CARMEN MORALES, LUSCIA MORALES, SAMANTHA MORALES, CHRISTIAN SANCHEZ, BILLY JOYNER,

                                                 Plaintiffs,

-against-

THE CITY OF NEW YORK, Police Officer DERICK RUSS, Shield No. 4555, Police Officer MATTHEW DRURY, Shield No. 14564, Police Officer MELCHOR ALBAN, Shield No. 8328, Police Officer SCOTT SMATH, Shield 2019, and Sergeant HENRY DAVERIN, Shield No. 29645, Lieutenant KIRK ANDERSON, Shield No. 1625, Police Officer BRENDAN SYMANSKI, Shield No. 16136, Police Officer CHRISTOPHER WALSH, Shield No. 23571, Police Officer CHRISTOPHER DALTO, Shield No. 5804, Police Officer TYRONE GILL, Shield No. 20089, Police Officer ARTHUR RICCIO, Shield No. 22700,

                                                 Defendants.
----------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

No. 15 cv 6125 (CBA) (LB)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       February 3, 2017

| | |
|---|---|
| THE RAMEAU LAW FIRM<br>*Attorney for Plaintiffs*<br>16 Court Street<br>Suite 2504<br>Brooklyn, NY 11241<br><br>By: _____<br>Amy Rameau | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>Kavin Thadani |

SO ORDERED:

s/Carol B. Amon
_____
HON. CAROL BAGLEY AMON
UNITED STATES DISTRICT JUDGE

Dated: Feb 13, 2017